1  Bart Patterson, Esq.
   Nevada State Bar No. 7128
2  Chief Counsel
   Nevada System of
3  Higher Education
   5550 W. Flamingo Rd., No. C-1
4  Las Vegas, Nevada 89103
   Telephone No.: (702) 889-8426
5  Fax: (702) 889-8495
   Attorney for Defendants
6
          and
7
   Jeffrey A. Dickerson
8  Nevada State Bar No. 2690
   9655 Gateway Dr., Suite B
9  Reno, Nevada 89521
   Telephone No.: (775) 786-6664
10 Fax: (775) 786-7466
   Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CARR, HUSSEIN HUSSEIN, and RICHARD SCHWEICKERT, individually and on behalf of others similarly situated, | Case No.: 3:06-cv-00197-LDG-RAM |
| Plaintiffs, | **STIPULATION AND ORDER MODIFYING SCHEDULING ORDER AND SCHEDULING OF ENE** |
| vs. | |
| NEVADA SYSTEM OF HIGHER EDUCATION, a political subdivision of the State of Nevada, BRET WHIPPLE, DOROTHY GALLAGHER, MARK ALDEN, STAVROS ANTHONY, JILL DERBY, THALIA DONDERO, DOUGLAS HILL, LINDA HOWARD, JAMES LEAVITT, HOWARD ROSENBERG, JACK SCHOFIELD, STEVE SISOLAK, MICHAEL WIXOM, individually, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED to by and between the parties herein, through their respective counsel of record, to postpone the ENE Session currently scheduled for September 11, 2006, with ENE Statements due September 5, 2006, until January 2007, and that a

. . . . .

**Nevada System of Higher Education**
5550 W. Flamingo Road
Suite C-1
Las Vegas, Nevada 89103
(702) 889-8426

1

Stipulated Discovery Plan & Scheduling Order be due 10 days after the date of the rescheduled ENE Session in the event the cases does not settle.

The reason for the stipulation is that the primary relief sought in this class action is to allow faculty members to grieve annual evaluations. It is anticipated that the Board of Regents of the Nevada System of Higher Education will be considering changes to the Nevada System of Higher Education Code that will permit the grievance procedure sought in this action. Such changes in the Code require two Board of Regents meetings for approval, which means that these changes, if adopted, will be approved in mid-December 2006. Thus, the most efficient manner in which to proceed with this case for the parties, and presumably the Court, is to postpone the ENE and discovery scheduling, and further procedures under Rule 26 and other discovery rules, until the Plaintiffs can assess the changes adopted by the Board of Regents.

The undersigned submit this stipulation in a good faith effort to reasonably and effectively manage this case and not for the purpose of delay.

DATED this 31st day of August, 2006.

| JEFFREY A. DICKERSON | OFFICE OF CHIEF COUNSEL |
| | NEVADA SYSTEM OF HIGHER EDUCATION |

/S/ Jeffrey A. Dickerson
JEFFREY A. DICKERSON, ESQ.
Nevada State Bar No. 2690
9655 Gateway Dr., Suite B
Reno, NV 89521
Attorney for Plaintiffs

/S/ Bart Patterson
BART PATTERSON, ESQ
Nevada State Bar No. 7128
Chief Counsel
5550 W. Flamingo Rd., Suite C-1
Las Vegas, NV 89103
Attorney for Defendants

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 5, 2006

**Nevada System of Higher Education**
**5550 W. Flamingo Road**
**Suite C-1**
**Las Vegas, Nevada 89103**
**(702) 889-8426**

2