# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES CARR, *et al.*,

    Plaintiffs,

v.

NEVADA SYSTEM OF HIGHER EDUCATION, *et al.*,

    Defendants.

Case No. 3:06-cv-00197-LDG (RAM)

**Judgment**

This matter having come before the Court on Defendants' Motion for Judgment on the Pleadings or, Alternatively, Summary Judgment, therefore,

THE COURT **ORDERS** and **ADJUDGES** that plaintiffs recover nothing, the action be dismissed on the merits, and the defendants recover their costs from the plaintiffs.

DATED this 25 day of September, 2008.

_____
Lloyd D. George
United States District Judge